No. 71–1129.  BEL ET AL. *v.* UNITED STATES.  C. A. 5th Cir.

No. 71–1131.  HAMLET *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.

No. 71–1137.  ROTHMAN, RECEIVER *v.* PACIFIC TELEPHONE & TELEGRAPH CO.  C. A. 9th Cir.  Certiorari denied.

No. 71–1140.  SISALCORDS DO BRAZIL, LTD. *v.* FIACAO BRASILEIRA DE SISAL, S. A.  C. A. 5th Cir.  Certiorari denied.

No. 71–1143.  YOHANES *v.* AYERS STEAMSHIP CO., INC.  C. A. 5th Cir.  Certiorari denied.

No. 71–1153.  MEYER *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 71–1154.  OTIS ENGINEERING CORP. *v.* GUIMBELLOT.  C. A. 5th Cir.  Certiorari denied.

No. 71–1155.  FIELDS, GUARDIAN, ET AL. *v.* TRAVELERS INSURANCE CO. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 71–1163.  WING *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 71–1166.  ORMENTO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–1172.  UNITED STATES STEEL CORP. ET AL. *v.* FORTNER ENTERPRISES, INC.  C. A. 6th Cir.  Certiorari denied.